

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00814-CR

Jacob Randall **SONGER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 13-272-CR
Honorable Bill R. Palmer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 25, 2015.

_____
Marialyn Barnard, Justice